UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06CR341-DJS |
| ) | |
| **GERALD HALEY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the report and recommendation of the United States Magistrate Judge, and defendant's response thereto. After conducting an electronically recorded evidentiary hearing, the magistrate judge recommends the denial of defendant's motions to suppress evidence, statements and identification. Without articulating any particular legal argument or challenge to the magistrate judge's findings of fact, defendant responds to the report and recommendation by summarily asserting that it is contrary to the law and against the weight of the evidence.

Upon *de novo* consideration of the record pertinent to the motions to suppress, the Court concludes that the motions are without merit, and they will be denied. Defendant's objection will be overruled. Accordingly,

**IT IS HEREBY ORDERED** that defendant's objection [Doc. #24] to the United States Magistrate Judge's report and recommendation is overruled, and the report and recommendation [Doc. #23] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendants' motions to suppress evidence and statements [Doc. #14] and to suppress identification [Doc. #13] are denied.

Dated this   10th   day of October, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE